# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: **USA** vs. **Noe Santiago-Lopez**

**LOCATION NUMBER:** —

**PERSON REPRESENTED** (Show your full name): **Noe Santiago-Lopez**

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: **2:05 mj 90-B**
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box → ☑ Felony ☐ Misdemeanor): **42 USC 408 (a)(7)(B)**

---

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? **$150/wk**
- IF NO, give month and year of last employment. How much did you earn per month? **$600/mo**
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? **approx. $400/mo**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $___

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes ☐ No  IF YES, state total amount **$58?** — on account at Elmore Co. Jail

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: **$1000?** — Chevy Lumina 1994 (paid $1500 1yr 8mo ago) – not driveable for ~4 months

---

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED (common law)
- ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **2**
- List persons you actually support and your relationship to them: siblings — son — 7yr

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| approx. | child support | $ | $200 |
|  | rent | $ | $300 |
|  | elec | $ | $95 |
|  | water | $ | $30 |
|  | food | $ | $240 |
|  | car gas | $ | $20 |
|  |  |  | $885 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **8/9/05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Noe Santiago Lopez**