FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05cr215-T |
| v. | ) | |
| | ) | [18 USC 1028(a)(6); |
| NOE SANTIAGO-LOPEZ, | ) | 42 USC 408(a)(7)(b)] |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about June 30, 2005, in the Middle District of Alabama, the defendant,

NOE SANTIAGO-LOPEZ,

did knowingly possess an identification document that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

### COUNT 2

On or about the June 30, 2005, in the Middle District of Alabama, the defendant,

NOE SANTIAGO-LOPEZ,

did knowingly with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Secretary to him, when in fact such number is not the Social Security number assigned by the Secretary to him, in violation of Title 42, United States Code, Section 408(a)(7)(b).

A TRUE BILL:

_/s/ [signature]_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_/s/ Susan R. Redmond_
Susan R. Redmond
Assistant United States Attorney

2