IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:05-cr-00215-T |
| ) | |
| NOE SANTIAGO-LOPEZ ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for September 21, 2005, in the above-styled case.

You are DIRECTED to produce the following named prisoner: **NOE SANTIAGO-LOPEZ** before the United States District Court at Courtroom 5B, on the 21st day of September, 2005, at 10:00 a.m.

DONE, this the 13th day of September, 2005.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Carnes_
Deputy Clerk

cc:    Noe Santiago-Lopez
Federal Defender
United States Attorney
United States Pretrial Services
United States Probation Office