| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: September 21, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:25 - 10:30 |
| | COURT REPORTER: Risa Entrekin |

√ **ARRAIGNMENT**   ❐ **CHANGE OF PLEA**   ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**   ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr215-T   **DEFENDANT NAME:** Noe Santiago-Lopez
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Christine Freeman
     standing in for Susan Redmond   Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES   Name: Beverly Childress

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
     ❐ **Guilty as to:**
          ❐ **Count(s):**
          ❐ **Count(s):**          ❐ dismissed on oral motion of USA
                              ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   10/12/05          ❐ **WAIVER OF SPEEDY TRIAL filed.**
          **DISCOVERY DISCLOSURE DATE: 9/21/05**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
     ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
          ❐ Defendant requests time to secure new counsel