| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 28, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 2:06 - 2:10 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr215-T | **DEFENDANT(S)** Noe Santiago-Lopez |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * | Patricia Kemp standing in for Christine Freeman |

❒ **DISCOVERY STATUS:**
   Completed

❒ **PENDING MOTION STATUS:**
   Court advised that defense counsel will be filing a motion to file motion to suppress out of time.

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**
   Case will go to trial
   Trial time - 2 days

❒ **REMARKS:**
   Discussions regarding time to hear motion to suppress and October 12 Cr Term