IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr215-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on September 28, 2005 before the undersigned Magistrate Judge. Present at this conference were Patricia Kemp standing in for Christine Freeman, counsel for the defendant, and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for October 12, 2005. The trial of this case is set during the trial term commencing on October 12, 2005 before United States District Judge Myron H. Thompson and is expected to last 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before October 3, 2005. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before October 3, 2005. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before October 3, 2005.

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is October 3, 2005. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, does not go through, the defendant and the government will be expected to be prepared to go to trial on October 12, 2005. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on October 12, 2005, as to all defendants, even though a particular guilty plea was not accepted.

DONE, this 28th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE