IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-215-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, Esquire, and enters her appearance as counsel for **NOE SANTIAGO-LOPEZ** in the above-styled matter.

Dated this 29th day of September 2005.

Respectfully submitted,

s/Patricia Kemp
PATRICIA KEMP
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew O. Schiff, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                              **s/Patricia Kemp**
                                              **PATRICIA KEMP**
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org