**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-cr-215-MHT-SRW |
| | ) | |
| **NOE SANTIAGO-LOPEZ** | ) | |

### DEFENDANT'S MOTION IN LIMINE

**NOW COMES** the Defendant, Noe Santiago, by and through undersigned counsel, and moves the Court to prohibit the Government and its witnesses from introducing the following into evidence or argument:

1. The Defendant's entry into the United States, and the legality or illegality of such entry;

2. The Defendant's status of presence, residence or citizenship in the United States, and the legality or illegality of such status.

In support of this request, the Defendant would show that Mr. Santiago is on trial only for the specific offenses alleged against him in the Indictment. Mr. Santiago is not on trial for any act or any conduct not specifically charged in the Indictment. *U.S. v. McDonald*, 935 F.2d 1212, 1222 at n. 26 (11th Cir. 1991). Introduction of the above-described evidence is irrelevant to the matters at issue and would unduly prejudice the defendant and confuse the jury, in violation of Rules 401, 402, 403 and 404(b).

Respectfully submitted,

**s/Christine A. Freeman
CHRISTINE A. FREEMAN**

TN BAR NO.: 11892
Attorney for Noe Santiago
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**FEDERAL DEFENDERS**
**MIDDLE  DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, Alabama  36104
TEL:  (334) 834-2099
FAX: (334) 834-0353