IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO:2:05–CR-215-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

### NOTICE OF WAIVER OF THIRTY DAYS

COMES NOW the Defendant, Noe Santiago-Lopez, and notifies the Court of the following waiver of thirty days before trial of this matter:

I have been told that under the federal laws I have the right to have thirty (30) days to prepare for trial. I also understand that my trial is now set for October 12, 2005, which is only fifteen (15) days from today. I also understand that I have the right to ask for a later trial date. Knowing this, I waive my right to ask for a later trial date, at least thirty days from my arraignment date last week.

_____
NOE SANTIAGO-LOPEZ

This 28 day of September, 2005.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Noe Santiago-Lopez
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-CR-215-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org