IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 2:05cr215-T |
| **NOE SANTIAGO-LOPEZ**     ) | |

### ORDER

Upon consideration of defendant Noe Santiago-Lopez's motion in limine (Doc. No. 21), it is ORDERED that the government show cause, if any there be, in writing by October 7, 2005, as to why said motion should not be granted.

DONE, this the 5th day of October, 2005.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE