IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>)<br>NOE SANTIAGO-LOPEZ              ) | CRIMINAL ACTION NO.<br>2:05cr215-T |

### ORDER

It is ORDERED that the jury selection and trial, now set for October 12, 2005, are reset for October 17, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 6th day of October, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE