IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Cr No. 2:05-cr-215-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Noe Santiago-Lopez, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this __14th__ day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Noe Santiago-Lopez.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: susan.redmond@usdoj.gov