**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

January 3, 2006

## NOTICE OF DEFICIENCY

TO:         Attorney Christine Freeman

FROM:    Sheila Carnes, Deputy Clerk

SUBJECT:  Motion to Expedite Sentencing
          USA v Noe Santiago-Lopez; Cr No. 2:05-cr-215-T

The Motion to Expedite Sentencing filed in this case on December 29, 2005, has been stricken from the record as incorrectly filed. The charges in the above-styled case were dismissed on October 14, 2005. This motion should have been filed in the defendant's pending case which is 3:05-cr-251-T, USA v Noe Santiago-Lopez.